# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DULCELINA CARDENAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO. 2:16-CV-07865-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: August 7, 2017

                                  STEVE KIM
                                  U.S. MAGISTRATE JUDGE